

25

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 18 A 11:09

Running Deer Van T. Green
    Plaintiff

Civil Action No:
3:03 cv 602  *AWT*

vs.

Edward Kalinowski
Wesleyan University
Douglas Bennett President
Michael R. Augeri
Town Country Auto Sales
    Defendants

August 13, 2004

**Motion to Reverse this Portion of the Complaint and Direct that the District Court Enter Judgment Without Prejudice.**

The Plaintiff Running Deer Van T. Green, respectfully submits this Memorandum of Law in support of Defendant, Edward Kalinowski's Motion to Dismiss Without Prejudice. Plaintiff also moves to dismiss complaint under Rule 12(B)(6) of the Federal Rules of Civil Procedure because (1) Defendant is immune from liability for acts conducted in performance of his official duties as first selectman of the town of Portland.

A) Standing

Federal Courts only have jurisdiction to hear actual cases and controversies U.S. Const. lll, & 2, cl. 1. "Federal Courts are without power to decide questions that cannot affect the rights of litigants in the case before them. "North Carolina V. Rice, 404 U.S. 224, 246 (1971). The controversy must be definite and concrete, touching the legal relation of parties having adverse legal interest. " Nat., of the Blind of Mo., 184 F 3d at 979 (emphasis added) a party must satisfy constitutional standing

DENIED, as moot. All claims against defendant Kalinowski in companion Case No. 3:03cv601 have been dismissed. See endorsement order on Doc. No. 11 in companion Case No. 3:03cv601. Defendant Kalinowski is a defendant in Case No. 3:03cv602. It is so ordered.

/s/ Alvin W. Thompson U.S.D.J.
Hartford, CT 09/08/04

2004 SEP -8 P 5:08
U.S. DIST. COURT