VAN THOMAS GREEN
387 High Street
860/2249409

-------------------------------

PRO-SE PARTY

FILED

2003 JUN 25 P 12: 15

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION, NO303cv00602

**Running Deer**

**Van T. Green**

V.

Wesleyan unervsity
town and country

AGREED MOTION TO CONSOLIDATE
CASE FOR ALL PURPOSES

---

(1) PLAINTIFF MOVES TO CONSOLIDATE THIS CASE, FILE NUMBER 303cv00602 with the first case, file number 303cv00601 WHICH IS NOW PENDING AT THE HARTFORD COURT, BEFORE THE HONORABLE JUDGE THOMPSON DISTRICT COURT JUDGE A COPY OF THE FIRST CASE IS ATTACHED TO THIS MOTION AS EXHIBIT A.

(2). BOTH CASES ARISE FROM THE ALLEGED LAND CLAIMS ] INCIDENT INVOLVING THE PLAINTIFF IN THIS CASE.

(3). BOTH PARTIES ARE IN THE SAME LOCATION GEOGRAPHICALLY IN THE CASE

(4). BOTH CASES INVOLVED ALLEGED VIOLATION OF THE PLAINTIFF 'S RIGHTS UNDER THE UNITED STATES CONSTITUTION, AND OTHER CONGRESSNAL ENACTMENTS UNDER LAW.

(5). BOTH CASES INVOLVE STATE VIOLATIONS IN AND UNDER THE LAWS OF CONNECTICUT.

GRANTED, absent objection
it is so ordered.
Alvin W. Thompson, U.S.D.J.

U.S. DISTRICT COURT
HARTFORD, CT.
2004 SEP -8 P 5: 07
FILED